No. 88–805. OHIO v. AKRON CENTER FOR REPRODUCTIVE HEALTH ET AL. C. A. 6th Cir. [Probable jurisdiction noted, 492 U. S. 916.] Motion of Alan Ernest for leave to represent children unborn and born alive denied. Motion of Legal Defense for Un-

born Children for leave to file a brief as *amicus curiae* denied. Motion of James Joseph Lynch, Jr., for leave to file a brief as *amicus curiae* denied.